
# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

**Nicholas L Rusk**

)
)
)
)
)

*Plaintiff(s)*

v.

**Donald J Trump**
**Mike Johnson,**
**Jim Jordan,**

)
)
)
)
)
)
)

*Defendant(s)*

Case Number: _____

(Clerk's Office will provide for <u>new</u> cases, if you are filing
in an existing case, write your case number)

☑ **ORIGINAL COMPLAINT**

☐ **AMENDED COMPLAINT**

> You are responsible for protecting sensitive information per Federal Rule of Civil Procedure
> 5.2. This means you should not file things like social security numbers, the year of a person's
> birth, or financial account information.

I.   **JURISDICTION:**

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331;

☐ 42 U.S.C. § 1983 (state prisoners);
☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
☐ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☑   Other (provide an explanation): **For Violation of**
**Federal Law. Federal statue**
**18:241.**

II.  **PARTIES:**

**Plaintiff(s)** (use extra pages if needed):

Name: **Nicholas L Rusk**

Address: **2615 Washington St**

Inmate ID Number: **Waukegan IL 60085**
**5-119-399**

Rev. 04/16/2025

**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name (John Doe 1, John Doe 2, Jane Doe 1). Give any information you have about them here. If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example: Jane Doe 1, the nurse who passes out night-time medication. She is short and has red hair. I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: Donald J Trump

Job: President

Address: 1600 Pennsylvania AVE

Additional info: Washington D.C. 20530

**Defendant #2:**

Name: Mike Johnson

Job: Speaker of The House,

Address: The U.S. capital

Additional info: _____

**Defendant #3:**

Name: Jim Jordan

Job: Republican U.S. Congressman

Address: The U.S. capital,

Additional info: _____

Rev. 04/16/2025

## III. PREVIOUS LAWSUITS

**A.** Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)?
☑Yes ☐No

**B.** Answer the following questions about **ALL** past federal lawsuits. <u>**FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.**</u> (Use extra pages if needed)

1. Case name, case number, and Court: 3-25-CV-00700
3-25-CV-00763 3-25-CV-07634
MJP-TOF-

2. What was it about: There is Many more That I'm Going To Precede To The U.S.

3. What happened (was it dismissed, did it go to trial, was it settled): Supreme court on my WriT of Certoorari

4. Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious).

Some Have Been Here in IL
Do To Prejudice = conspiracy
They call This state Illeagal
Illinois. I enclosed A
Form From The supreme court.
They are also aware oF
His insanity.

Rev. 04/16/2025

## IV. GRIEVANCE PROCEDURE[1]

**A.** Is there a prisoner grievance procedure in the institution? ☐ Yes ☑ No

**B.** Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☑ No

**C.** Has the grievance been returned from the highest or last level of review? ☐ Yes ☑ No

**D.** If your answer is NO, explain why not. Did you do anything other than a grievance to alert prison authorities to the problem?

I Had To File SUITS, They Have NO Grievance Process.

**E.** If you are a federal inmate, attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I Cased Them all. Trump and A 51 Republicans. They are conspiring Against America By Takeing are elders critical Care Medicaid. To Do intentional Harm To people. They are conspiring Against all of are under Privlaged Families and Kids By Takeing Billions in Funding To Help Feed

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit. If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed. *See e.g.*, 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).

Rev. 04/16/2025

Them. ThaT is Why STaTue 18:241 Was PUT in Place. = F18A Hornet. I Was 41 Last Year.

## V. STATEMENT OF CLAIM:

Using the space below describe how your constitutional rights were violated (extra pages are *strongly* discouraged):

DO: Write a __short__ statement of what happened with neat handwriting. Explain __who__ violated your rights, __what__ each defendant personally did, __when__ they did it, __where__ they did it, and __why__ they did it (if you know why).

DO NOT: Do not make legal arguments or give citations. Do not include evidence or exhibits. You will have a chance later in the case to give evidence and to make arguments. Do not combine multiple claims that are not related.[2]

PLease DO NOT TransFer This Case Back To Illinois, The Navy Blue ANGLes Have my Back To GeT To Court Hearings, U.S.C. 28:1331. Has NO Jurisdiction ResTrictions, My Horrible Dad was 28 When I was Born, and 13 31 are The Primary Run Way Numbers aT my Home Town AIRPorT in Lacon IL, ThaT Shows me To FLy my SUITS/mail To oTher JurisdicTions To GeT AWay From The Federal moFia Here In IL.

---

[2] The Court is not required to allow you to join multiple claims in a single case. The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties. It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.

Rev. 04/16/2025

During Trumps First Term in 2016 He started what was called Title 42 For the Bourder Wall Clueing His people In The very crooked and illegal CIA To keep me walled out. I Have spent sense 2021 Caseing Them all To make it easy For Prosecution. The entire country is A Top secret code. 9 = God and wemon. all of are social security Numbers are 9 Digits Long. so are The Zip codes. The Zip code To The supreme court is 20543 - 0002. I will Be 43 In APril. im The only one Left That knows all of it. I ask For The District courts In The Amazing state of Alaska To Help asist me in The Rest of The investigative work and Prosection. I made it Very Very easy For every one To Help

Rev. 04/16/2025

Save are country!
I GoT A T.S. Code Social
Security Number Given To
me When I Was 2 Years
old. iTS 330-78-(7)911.
Trump is 78 This Year!
3=Worrior 30=Educate.
Work 7 Days A Week To Be
911 For every one, I also
engineerd The Boeing 787
Dream Liner, iTS The middle
3 of my S.S. 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

I'm asking For The Republicans
in Congress Who Has Been
VoTing To Do inTenTional Harm
againsT The people of This
CounTry To Be endiTed under
18:241! Then The Democrats
can impeach Trump, WiTh
This ShuT Down The power
Bills To Your courT Houses
are NoT Going To GeT Paid.
Your LighTs Will Be Turned off.
911

Rev. 04/16/2025

**VI.** **REQUEST FOR RELIEF** *For 18;241 To Be enforced,*

State exactly what you want this court to do for you.

*10 Billion To The STATe oF ALASKA.*

**VII.** **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Signed on: *10-21-25*
(date)

Signature of Plaintiff *Nick L Rush*

*2615 Washington ST*
Street Address

Printed Name *Nicholas L Rush*

*Waukegan IL 60085*
City, State, Zip

Prisoner Register Number

*5=CIA*
*X*
*5-119-399*

Rev. 04/16/2025

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_____ — PETITIONER

(Your Name)

vs.

_____ — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

_____

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

_____

(Your Name)

_____

(Address)

_____

(City, State, Zip Code)

_____

(Phone Number)

## QUESTION(S) PRESENTED

## LIST OF PARTIES

[ ] All parties appear in the caption of the case on the cover page.

[ ] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

## RELATED CASES

# TABLE OF AUTHORITIES CITED

CASES                                                    PAGE NUMBER

STATUTES AND RULES

OTHER

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

## OPINIONS BELOW

[ ] For cases from **federal courts**:

The opinion of the United States court of appeals appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the United States district court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

[ ] For cases from **state courts**:

The opinion of the highest state court to review the merits appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the _____ court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

1.

## JURISDICTION

[ ] For cases from **federal courts**:

The date on which the United States Court of Appeals decided my case was _____.

    [ ] No petition for rehearing was timely filed in my case.

    [ ] A timely petition for rehearing was denied by the United States Court of Appeals on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

    [ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___A_____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).

 

[ ] For cases from **state courts**:

The date on which the highest state court decided my case was _____. A copy of that decision appears at Appendix _____.

    [ ] A timely petition for rehearing was thereafter denied on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

    [ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___A_____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

# CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

# STATEMENT OF THE CASE

# REASONS FOR GRANTING THE PETITION

## CONCLUSION

The petition for a writ of certiorari should be granted.

Respectfully submitted,

_____

Date: _____

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_____ — PETITIONER

(Your Name)

VS.

_____ — RESPONDENT(S)

**PROOF OF SERVICE**

I, _____, do swear or declare that on this date, _____, 20___, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 20___

_____

(Signature)

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_____ — PETITIONER

(Your Name)

VS.

_____ — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

Please check the appropriate boxes:

☐ Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

_____

_____

☐ Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

☐ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: _____

_____, or

☐ a copy of the order of appointment is appended.

_____

(Signature)

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, _____, am the petitioner in the above-entitled case.   In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.   Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.   Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $_____ | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child Support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ | $_____ | $_____ |
| **Total monthly income:** | $_____ | $_____ | $_____ | $_____ |

2. List your employment history for the past two years, most recent first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

4. How much cash do you and your spouse have? $_____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Type of account (e.g., checking or savings) | Amount you have | Amount your spouse has |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

5. List the assets, and their values, which you own or your spouse owns.   Do not list clothing and ordinary household furnishings.

☐ Home
   Value _____

☐ Other real estate
   Value _____

☐ Motor Vehicle #1
   Year, make & model _____
   Value _____

☐ Motor Vehicle #2
   Year, make & model _____
   Value _____

☐ Other assets
   Description _____
   Value _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support. For minor children, list initials instead of names (e.g. "J.S." instead of "John Smith").

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |

|                                                                              | You          | Your spouse  |
| ---------------------------------------------------------------------------- | ------------ | ------------ |
| Transportation (not including motor vehicle payments)                        | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc.                       | $_____ | $_____ |

Insurance (not deducted from wages or included in mortgage payments)

|                                                                              | You          | Your spouse  |
| ---------------------------------------------------------------------------- | ------------ | ------------ |
|   Homeowner's or renter's                                          | $_____ | $_____ |
|   Life                                                             | $_____ | $_____ |
|   Health                                                           | $_____ | $_____ |
|   Motor Vehicle                                                    | $_____ | $_____ |
|   Other: _____                                       | $_____ | $_____ |

Taxes (not deducted from wages or included in mortgage payments)

|                                                                              | You          | Your spouse  |
| ---------------------------------------------------------------------------- | ------------ | ------------ |
|   (specify): _____                                   | $_____ | $_____ |

Installment payments

|                                                                              | You          | Your spouse  |
| ---------------------------------------------------------------------------- | ------------ | ------------ |
|   Motor Vehicle                                                    | $_____ | $_____ |
|   Credit card(s)                                                   | $_____ | $_____ |
|   Department store(s)                                              | $_____ | $_____ |
|   Other: _____                                       | $_____ | $_____ |
| Alimony, maintenance, and support paid to others                            | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____                                         | $_____ | $_____ |
| **Total monthly expenses:**                                                  | $_____ | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☐ No     If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?    ☐ Yes    ☐ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes    ☐ No

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ , 20___

_____
(Signature)

Nicholas Rusk, S 119-399
Lake Behavioral Hospital
2615 Washington ST
Waukegan IL 60085

RECEIVED
OCT 29 2025
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK





FP© US POSTAGE
$003.00⁹
First-Class - IM
ZIP 60085
10/23/2025
0368 0011834470

U.S. District Court
Office of The Clerk, 332
101 12TH AVE
FAIR Banks A.K.
99701